On respondent's motion for reconsideration filed April 2, reconsideration allowed; opinion (111 Or App 423, 823 P2d 1047 (1992)) withdrawn; conviction affirmed and remanded for resentencing June 2, 1993

STATE OF OREGON,
*Respondent,*

*v.*

PATRICK KELLY CORBETT,
*Appellant.*

(90-1113; CA A68399)

852 P2d 971

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, for motion.

Before Richardson, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Motion for reconsideration allowed; opinion withdrawn; conviction affirmed and remanded for resentencing. *State v. Ferrell*, 315 Or 213, 843 P2d 939 (1992).